PROB 19
(Rev. 5/92)

# United States District Court

for

### Middle District of Florida

FILED

2007 JAN -3 A 9: 44

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

U.S.A. vs Jose Martinez, Jr.

Docket No. 3:02-cr-210-J-32

TO:[1] U.S. MARSHAL

---

**WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE**

You are hereby commanded to arrest the within-named probationer/supervised releasee and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court.

| NAME OF SUBJECT | SEX | RACE | DOB |
|---|---|---|---|
| Jose Martinez, Jr. | | | 12/05/1976 |

| ADDRESS (STREET, CITY, STATE) |
|---|
| 1023 W Grand Rondo, Crescent City, FL 32112 |

| SENTENCE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| UNITED STATES DISTRICT COURT | 10/31/2001 |

| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE) |
|---|
| UNITED STATES DISTRICT COURT, JACKSONVILLE, FLORIDA |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| SHERYL L. LOESCH<br>Middle District of Florida | *[signature]* | 7/16/04 |

**RETURN**

| Warrant received and executed | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| | 7/16/04 | 2/8/06 |

| EXECUTING AGENCY (NAME AND ADDRESS) |
|---|
| USMS Jax |

| NAME | (BY) | DATE |
|---|---|---|
| | *[signature]* | 12/29/06 |

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for _____ of _____;" or "any United States Marshal; or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

'04 JUL 16 P3:17 RECEIVED U.S. MARSHAL